IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RAY CHAVEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB ST. ANDRE, et al.,**<br><br>Defendants. | Case No. 2:24-cv-01384-KJM-JDP (PC)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ALTERNATIVE DISPUTE RESOLUTION** |

The Court, having considered Defendants Knedler, Mejia, Richardson, Sherman, St. Andre, and Yocius' motion to opt-out of referral to the Court's Post-Screening Early Alternative Dispute Resolution, order as follows:

1.     The Court's stay of this litigation (ECF No. 12), is LIFTED;

2.     Defendants shall file a responsive pleading to Plaintiff's Complaint within 30 days of the issuance of this Order.

IT IS SO ORDERED.

Dated:   November 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1