Andrew Kopke, SBN 340036
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
andrew@kcrllp.com
(917) 451-9525
Attorney for Plaintiff

Brian Chan, SBN 299926
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7368
Fax: (916) 324-5205
E-mail: Brian.Chan@doj.ca.gov
Attorney for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Ray Chavez, | Case No. 2:24-cv-01384-DJC-JDP |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER** |
| vs. | |
| Rob St. Andre, *et al.,* | |
| Defendants. | |

To the Honorable Court:

Pursuant to Local Rules 143 and 144, the parties respectfully submit this stipulated request to modify the scheduling order. *See* Sched. Order, ECF Nos. 22, 23. Under the current scheduling order, initial expert disclosures are due May 14, 2026, rebuttal expert disclosures are due June 4, 2026, fact discovery must be completed by July 16, 2026, and dispositive motions must be heard by October 15, 2026. *Id.* A trial date has not been set. This is the parties' first request to modify the scheduling order.

1

Under Rule 16, there is good cause to modify a pre-trial scheduling order when, despite the moving party's diligence, the scheduling order deadlines cannot reasonably be met. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). As explained below, there is good cause to modify the scheduling order in this case because, despite the parties' diligence, it will be impossible to complete fact and expert discovery by the current deadlines.

The discovery process began on February 26, 2025, when Magistrate Judge Peterson issued the initial scheduling order. *See* Sched. Order, ECF Nos. 22, 23. On March 21, 2025, the parties exchanged initial disclosures, and on May 7, 2025, Plaintiff served his first Rule 34 Requests for Production ("RFPs"). Defendants served responses and most of the responsive documents to Plaintiff on June 6, 2025, but there was a delay with the production of the remaining responsive documents because, in Defendants' view, the remaining documents and information could only be disclosed pursuant to a protective order, and the parties could not agree to the terms of such an order. On September 9, 2025, the parties filed informal letter briefs summarizing their positions, and on September 11, 2025, Magistrate Judge Peterson held an informal conference on the protective order. *See* Defs.' Ltr. Brief, ECF No. 29; Pl.'s Ltr. Brief, ECF No. 30; Minute Order, ECF No. 31. After Magistrate Judge Peterson weighed in, the parties resolved their dispute and filed a proposed protective order, which Magistrate Judge Peterson approved. *See* Protective Order, ECF No. 33. Since that time, the parties have continued to exchange discovery but, given the nature of the case, the discovery is quite voluminous[1] and there have been several subsequent disputes, which the parties are still endeavoring to resolve without the Court's intervention.

In light of the above, the parties respectfully submit that the current discovery deadlines cannot reasonably be met and request that these deadlines be extended by approximately 6

---

[1] For example, the parties have exchanged over 4000 pages of medical records.

months. Additionally, the parties request that the expert disclosure deadlines be reset such that they fall after fact discovery has been completed. The parties' proposed deadlines are as follows:

- Any motions to compel must be filed by October 23, 2026;

- Fact discovery must be completed by November 13, 2026;

- Initial expert disclosures are due January 15, 2027;

- Rebuttal expert disclosures are due February 5, 2027;

- Dispositive motions must be heard by April 17, 2027.

DATED: March 23, 2026

| /s/ Andrew Kopke | /s/ Brian Chan |
|---|---|
| Andrew J. Kopke | Brian Chan |
| Attorney for Plaintiff | Attorney for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:    March 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3